IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| VALARIE B. PHILLIPS, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 19-cv-02832-SHL-cgc |
| ) | |
| METHODIST LEBONHEUR ) | |
| HEALTHCARE, et al., ) | |
| ) | |
|     Defendants. ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING
DOE DEFENDANTS AND ORDERING SERVICE OF PROCESS**

Before the Court is Magistrate Judge Charmaine G. Claxton's Report and Recommendation ("Report") (ECF No. 7), filed February 21, 2020, recommending dismissal of Defendants Doe 1-10 based on the lack of any factual allegations against these unnamed parties, among other reasons.[1]

A magistrate judge may submit to a judge of the court proposed findings of fact and recommendations for involuntary dismissal of an action for failure to prosecute. 28 U.S.C. § 636(b)(1)(B). "Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2); see also 28 U.S.C. § 636(b)(1). A district court reviews de novo only those proposed findings of fact or conclusions of law to which a party specifically objects. Fed. R. Civ. P. 72(b)(3); see also 28 U.S.C. § 636(b)(1).

---

[1] Plaintiff also sought leave to proceed in forma pauperis. (ECF No. 2.) The Magistrate Judge properly granted Plaintiff's Motion and this Order does not affect that ruling. (See ECF No. 7.)

2

The deadline to object to the Report was March 9, 2020, and Plaintiff filed no objections. The Magistrate Judge found that, while the caption mentions Doe Defendants, there are no factual allegations in the Complaint against these unnamed parties. The Court has reviewed the Complaint (ECF No. 1) and agrees. The Court has also reviewed the Report for clear error and finds none. Therefore, the Court **ADOPTS** the Magistrate Judge's Report. Plaintiff's claim against Defendant Does 1-10 is **DISMISSED**. Process shall issue as to Methodist LeBonheur Healthcare.

**IT IS SO ORDERED,** this 12th day of May, 2020.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE